**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **In Re:** | ) | **Case No:** | **16-24242** |
| **Lamont McCune** | ) | | |
| **Debtor** | ) | **Chapter:** | **Chapter 13** |
| | ) | | |
| | ) | **Judge:** | **Timothy A. Barnes** |

## NOTICE OF MOTION

**To:**     Lamont McCune, 9734 S. Yates Blvd, Chicago, IL, 60617

Marilyn O. Marshall, 224 S. Michigan Ave. #800, Chicago, IL, 60604

Office of the US Trustee, 219 S. Dearborn, Suite 873, Chicago, IL 60604

SEE ATTACHED SERVICE LIST OF ALL CREDITORS

**PLEASE TAKE NOTICE** that on **August 8, 2019 at 9:30 a.m.** I shall appear before the Honorable Judge **Timothy A. Barnes** at 219 S. Dearborn, Courtroom 744, Chicago IL 60604 and then and there present the attached **MOTION TO MODIFY CONFIRMED PLAN**, a copy of which is attached hereto.

**By:**   */s/ Dale Riley*
Dale Riley

## CERTIFICATE OF SERVICE

I, Dale Riley, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, for 55 E. Monroe, Suite 3400, Chicago, Illinois, on 7/16/2019.

**By:**   */s/Dale Riley*
Dale Riley

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800   (Fax):  877.247.1960

AT&T
Attn: Bankruptcy Dept.
PO Box 8212
Aurora IL 60572-8212

Commonwealth Edison Company
C/O Credit Protection ASSO
13355 Noel Rd Ste 2100
Dallas TX 75240

Escallate LLC
Attn: Bankruptcy Dept.
5200 Stoneham Rd
North Canton OH 44720

Friendly Finance Corporation
Bankruptcy Dept
6340 Security Blvd Ste 200
Baltimore MD 21207

Will County Circuit Court
Bankruptcy Dept.
14 W. Jefferson St
Joliet IL 60432

Markoff Law LLC
Bankruptcy Dept.
29 N. Wacker Drive Suite 550
Chicago IL 60606

Ocwen LOAN Servicing I
Attn: Bankruptcy Dept.
4828 Loop Central Dr
Houston TX 77081

Peoples Gas
Bankruptcy Department
200 E. Randolph Dr.
Chicago IL 60601

Santander Consumer USA
Attn: Bankruptcy Dept.
Po Box 961245
Ft Worth TX 76161

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | **Case No:**   **16-24242** |
| **Lamont McCune** | ) | |
| **Debtor** | ) | **Chapter:**   **Chapter 13** |
| | ) | |
| | ) | **Judge:**   **Timothy A. Barnes** |

**MOTION TO MODIFY CONFIRMED PLAN**

NOW COMES the Debtor, Mr. Lamont McCune (the "Debtor"), by and through his

attorneys, Geraci Law L.L.C., to present his **MOTION TO MODIFY CONFIRMED PLAN,**

and states as follows:

1.   This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this

is a "core proceeding" under 28 U.S.C. 157(b)(2).

2.   The Debtor filed his Petition for Relief and plan under Chapter 13 of the U.S.

Bankruptcy Act on 07/28/2016.

3.   The Debtor's plan was confirmed by the Court on 09/15/2016.

4.   The Debtor has fallen behind on his Chapter 13 plan payments because he is off

work for medical reasons.

5.   The Debtor anticipates returning to work in September 2019, at which point he will

be able to resume plan payments and an increased monthly plan payment of $635,

however he is unable to cure the default.

6.   For the reasons stated above, it is necessary for the successful completion of the

Debtor's plan suspend the July and August 2019 plan payments, to increase the

monthly plan payment to $635, and to defer the arrears to the end of the plan term.

WHEREFORE THE DEBTOR, Mr. Lamont McCune, respectfully requests this Honorable

Court enter an order:

1.    Suspending the July and August 2019 plan payments,

2.    Increasing the monthly Chapter 13 plan payment to $635,

3.    Deferring arrears to the end of the plan term,

4.    Any other relief the court deems proper.


**By:**____*/s/ Dale Riley*__
            Dale Riley


**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800  (Fax):  877.247.1960